Prob 12B (7/93)  
(D/KS 04/22)

PACTS# 28382

# United States District Court
## for the
## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender:  **Brent Allen Drees**           Case Number:  **1083 6:18CR10158-001**

Sentencing Judicial Officer:  Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  04/10/2019

Original Offense:  Bank Robbery

Original Sentence:  54 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR                Date Supervision Commenced:  01/14/2022

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.  
☒ To modify the conditions of supervision as follows:

**You must successfully participate in and successfully complete an approved inpatient substance abuse treatment program and follow the rules and regulations of that program. You must share in the cost based on the ability to pay.**

**You must reside in a sober living environment (such as Oxford House) for a period up to 180 days. You must comply with the policies and procedures of the sober living environment.**

## CAUSE

**Mandatory Condition #2:**  You must not unlawfully possess a controlled substance.

The defendant possessed methamphetamine, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug test(s) submitted for this substance on 4/28/2023 and 5/11/2023 in violation of 21 U.S.C. § 844 after having a prior drug conviction in Yavapai County Superior Court, Prescott, AZ, Case No.:  CR970033.

**Mandatory Condition #3:**  You must refrain from any unlawful use of a controlled substance.

On 4/28/2023, the defendant submitted a urine sample that screened positive for methamphetamine. The defendant admitted using methamphetamine on or about 4/26/2023 and signed an admission form.

Prob 12B -2-
*Name of Offender:* Brent Allen Drees   *Case Number:* 1083 6:18CR10158-001

On 5/11/2023, the defendant submitted a urine sample that screened positive for methamphetamine. The defendant admitted using methamphetamine on or about 5/5/2023 and signed an admission form.

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12-month period),* **the defendant has submitted three (3) positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

The defendant is currently in detox at the Substance Abuse Center of Kansas. He completed a substance abuse assessment, with a recommendation for immediate inpatient treatment placement. Following his successful completion of inpatient treatment, he plans to reside in a sober living residence.

The U.S. Probation Office respectfully recommends no additional Court action at this time. Our office will continue monitoring the defendant and will notify the Court should additional violations occur.

The defendant was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the defendant elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

*If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.*

Respectfully submitted,

by   *Annelies M Snook*

Approved:
Annelies M. Snook
U.S. Probation Officer
Date: 05/16/2023

Bryce J. Beckett, SUSPO

Prob 12B -3-
*Name of Offender:* Brent Allen Drees        *Case Number:* 1083 6:18CR10158-001

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

                                                     s/ Eric F. Melgren
                                                     ───────────────────────
                                                     Signature of Judicial Officer

                                                     5/18/2023
                                                     ───────────────────────
                                                     Date