Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 28382

# United States District Court
## for the
## District of Kansas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  **Brent Allen Drees**                    Case Number:  **1083 6:18CR10158-001**

Sentencing Judicial Officer:  Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  04/10/2019

Original Offense:  Bank Robbery

Original Sentence:  54 Months Prison, 36 Months Supervised Release

Type of Supervision: TSR                         Date Supervision Commenced:  01/14/2022  
Asst. U.S. Attorney:  TBA                                         Defense Attorney:  TBA

## PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.** |
|   | The defendant is no longer living at his reported address. His whereabouts are unknown. |

<u>U.S. Probation Officer Recommendation:</u> The defendant is a low moderate case (PCRA LM/1) with a history of bank robberies and drug use. The defendant is no longer living at his reported address. The defendant's whereabouts and employment status are unknown. As a result, the U.S. Probation Office respectfully requests the issuance of a warrant. Interventions in the community have been attempted and the defendant is not responding.

Prob 12C -2-
*Name of Offender:* Brent Allen Drees                                  Case Number: 1083 6:18CR10158-001

The term of supervision should be:

☒ Revoked
☐ Extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 11/21/2024

by  *Annelies M Snook*
Annelies M. Snook
U.S. Probation Officer

Approved:

*Jamie McGonigle*
Jamie McGonigle, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/ Eric F. Melgren
Signature of Judicial Officer

11/22/2024
Date